**Order entered January 23, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00012-CV

### JERRY CHAMBERS, ET AL., Appellants

### V.

### ALLSTATE INSURANCE COMPANY, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 81338-422**

## ORDER

We **GRANT** appellants' January 21, 2014 motion for an extension of time to file a docketing statement. Appellants' docketing statement was filed with this Court on January 21, 2014.

/s/      ADA BROWN
JUSTICE